# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

VS.            4:10-CR-00182-BRW

AXEL VIELMAN MUNOZ            DEFENDANT

## ORDER

The Prosecution's Motion to Dismiss Without Prejudice (Doc. No. 24) is GRANTED.

Accordingly, any active warrants for Defendant's arrest in this case are hereby quashed and are to be returned un-executed; all other motions are DENIED as MOOT; and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of September, 2013.

                                      /s/Billy Roy Wilson
                                UNITED STATES DISTRICT JUDGE